BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID WALTER FEE, <br> ANDREW ZARATE, and <br> DANIEL LAWRENCE VILLALVA, <br><br> Defendants. | CASE NO. 1:14-MJ-00057-SAB <br><br> [PROPOSED] ORDER TO DISMISS COMPLAINT AS TO DEFENDANT VILLALVA WITHOUT PREJUDICE |

IT IS HEREBY ORDERED:

1) That the charges contained in the criminal complaint dated March 31, 2014 are hereby DISMISSED WITHOUT PREJUDICE as to defendant DANIEL LAWRENCE VILLALVA; and

2) The arrest warrant issued on March 31, 2014 as to DANIEL LAWRENCE VILLALVA be recalled.

DATED: 4/4/14

STANLEY A. BOONE
United States Magistrate Judge

MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

2