BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED
APR 0 4 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID WALTER FEE,<br>ANDREW ZARATE, and<br>DANIEL LAWRENCE VILLALVA,<br><br>Defendants. | CASE NO. 1:14-MJ-00057-SAB<br><br>[PROPOSED] ORDER TO DISMISS COMPLAINT AS TO DEFENDANT VILLALVA WITHOUT PREJUDICE |

IT IS HEREBY ORDERED:

1) That the charges contained in the criminal complaint dated March 31, 2014 are hereby DISMISSED WITHOUT PREJUDICE as to defendant DANIEL LAWRENCE VILLALVA; and

2) The arrest warrant issued on March 31, 2014 as to DANIEL LAWRENCE VILLALVA be recalled.

DATED: 4/4/14

_____
STANLEY A. BOONE
United States Magistrate Judge

MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

2